UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>*Plaintiff*,<br><br>v.<br><br>**DREW ALEXANDER RAGSDALE a/k/a "Drew Down",**<br><br>*Defendant.* | Case No. CR-19-034-RAW |

### FINAL ORDER OF FORFEITURE

WHEREAS, on June 1, 2020, this Court entered a Preliminary Order of Forfeiture, ordering Defendant Drew Alexander Ragsdale to forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any and all of the defendant's right, title and interest in:

- One (1) Glock model 19 9mm pistol Serial #BERX822; and
- Forty Four (44) rounds of Luger GFC 9mm ammunition;

WHEREAS, the United States caused to be published on an official government internet site (www.forfeiture.gov) notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that Defendant had an interest in the property that is subject to forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States

Code, Section 2461(c);

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the following is hereby forfeited to the United States of America pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c):

- One (1) Glock model 19 9mm pistol Serial #BERX822; and
- Forty Four (44) rounds of Luger GFC 9mm ammunition;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED:

**Dated this 8th day of September, 2021.**

_____
RONALD A. WHITE
United States District Judge

Submitted by:
CHRISTOPHER J. WILSON
Acting United States Attorney

s/Clay A. Compton
CLAY A. COMPTON, OBA # 19781
Assistant United States Attorney
United States Attorney's Office
520 Denison Avenue
Muskogee OK  74401
918-684-5167
918-684-5150 FAX
clay.compton@usdoj.gov